FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
7/20/2017 5:28 PM
JAMIE SMITH
DISTRICT CLERK
A-200410

CAUSE NO. _____

| | | |
|---|---|---|
| JOHN WERNER | § § § § § | IN THE DISTRICT COURT OF |
| vs. | § § | JEFFERSON COUNTY, TEXAS |
| LUFTHANSA SYSTEMS AMERICAS, INC., MILES & MORE GMBH, DEUTSCHE LUFTHANSA AG, AND LUFTHANSA GERMAN AIRLINES | § § § § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOHN WERNER, Plaintiff, complaining of LUFTHANSA SYSTEMS AMERICAS, INC, MILES & MORE GMBH, DEUTSCHE LUFTHANSA AG, and LUFTHANSA GERMAN AIRLINES, and for cause of action would show the Court as follows:

### I.

Plaintiff proposes to conduct level 3 discovery as provided by TEX. R. CIV. P. 190.4.

### II.
### PARTIES

Plaintiff is a resident of Jefferson County, Texas. The last three digits of Plaintiff's driver's license number are 897; and the last three digits of Plaintiff's social security number are 946.

Defendant, LUFTHANSA SYSTEMS AMERICAS, INC is a Foreign For-Profit Corporation doing business in the State of Texas. Defendant may be served with process by and through its registered agent for service CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

EXHIBIT - C-1

Defendant, MILES & MORE GMBH, is a corporation with its principal place of business in Germany and is located at MAC Main Airport Center, Unterschweinstiege 8, 60549 Frankfurt/Main, Germany. This Defendant does not maintain a registered agent in the state of Texas and may be served with process pursuant to the Hague Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters by serving its home office located at MAC Main Airport Center, Unterschweinstiege 8, 60549 Frankfurt/Main, Germany and pursuant to the long arm statute through the Secretary of State of the State of Texas, Statutory Documents, Post Office Box 12079, Austin, Texas 78711, as statutory agent for forwarding by international registered mail to Defendant's home office located at MAC Main Airport Center, Unterschweinstiege 8, 60549 Frankfurt/Main, Germany.

Defendant, DEUTSCHE LUFTHANSA AG, is a corporation with its principal place of business in Germany and is located at Flughafen-Bereich West, D-60546 Frankfurt/Main, and Germany. This Defendant does not maintain a registered agent in the state of Texas and may be served with process pursuant to the Hague Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters by serving its home office located at Flughafen-Bereich West, D-60546 Frankfurt/Main, Germany and pursuant to the long arm statute through the Secretary of State of the State of Texas, Statutory Documents, Post Office Box 12079, Austin, Texas 78711, as statutory agent for forwarding by international registered mail to Defendant's home office located at Flughafen-Bereich West, D-60546 Frankfurt/Main, Germany.

Defendant, LUFTHANSA GERMAN AIRLINES, is a corporation with its principal place of business in New York, and pursuant to the long arm statute through the Secretary

of State of the State of Texas, Statutory Documents, Post Office Box 12079, Austin, Texas 78711, as statutory agent for forwarding by Certified Mail, Return Receipt Requested to the address located at 1640 Hempstead Turnpike, East Meadow, New York, NY 11554.

### III.
### JURISDICTION, VENUE, AND RULE 47

Venue is proper in Jefferson County, Texas because this is the County in which Plaintiff resides; and, all or a substantial part, of the events or omissions giving rise to Plaintiff's cause of action occurred or were performed in Jefferson County.

The amount in controversy exceeds the minimum jurisdictional limit of this Court. Pursuant to Rule 47 of the TEX. R. CIV. P., Plaintiff seeks monetary relief of $100,000 or less and in addition declaratory relief.

### IV.
### FACTS

Plaintiff, on or about February and March 2016, "purchased" an outbound and inbound airline ticket from one or more of the Defendants. Plaintiff used "Lufthansa Miles and More" points. Plaintiff was charged a total of $263.60 for the outbound and $270.14 for the inbound, totaling $533.74, allegedly as the required taxes and required governmental fees. Plaintiff OBTAINED tickets for two other family members using "United Airlines Miles." These three tickets were all for the exact same itinerary, on the exact same flights. (United and Lufthansa engaged in "code sharing" and have other partnership arrangements as to certain air routes). The tickets OBTAINED using the "United Airlines Miles" incurred only $97.46 total (*i.e.* outbound and inbound) as required taxes and fees. Those required taxes and fees included both American and German taxes, fees, and charges, as more fully set forth in "Exhibit A" attached hereto.

Plaintiff inquired, both verbally and by e-mail, of representatives of Defendants, what the extra fees were, since the cost was $533.74 each for two tickets procured by Defendant but only $97.46 each for the other two tickets. Plaintiff was informed, by telephone and through e-mail, that Defendants were not charging any extra fees but rather that the full $533.74 was attributable to required taxes and required governmental fees. Specifically, in one email sent on behalf of one or more of the Defendants, Plaintiff was informed: "The Miles & More award tickets are free of charge. You need only pay for the <u>costs levied by the authorities for airport taxes and security fees that are imposed for all passengers, whether they are fare-paying or not.</u>" ("Exhibit B," attached hereto, *emphasis added*). Attempts by Plaintiff to obtain a full breakdown of the $533.74 in charges in an attempt to compare them to the charges listed in "Exhibit A" were unsuccessful.

Based on these facts, it appears certain that the explanation Defendants have given is false and incorrect. Instead, it appears that Defendants have tacked on one or more charges or fees, and have claimed, falsely, that the entirety of the charges are mandated by law.

## V.
## Texas Deceptive Trade Practices Act

Plaintiff is a "consumer" as that term is defined by the TEXAS BUSINESS AND COMMERCE CODE (hereinafter referred to the as "DTPA"). Defendants are proper defendants under the DTPA. The tickets sold to Plaintiff qualify as "goods" and/or "services" under the DTPA. Defendants represented that the dollar amounts charged for those tickets were only those amounts which were required by law. Those representations were false, misleading and deceptive in that they appear to have included charges and fees which were not in fact required by law. Defendants' representation violates the following subdivision of Section 17.46 of the DTPA:

7

- (b)(5). Representing that goods or series have characteristics which they do not have;

- (b)(7). Representing that goods or services are of a particular standard, quality, or grade, when they are of another;

- (b)(9). Advertising goods and services with the intent not to sell them as advertised;

- (b)(24). Failing to disclose information concerning goods or services which was known at the time of the transaction if such failure to disclose such information was intended to induce the consumer into a transaction into which the consumer would not have entered had the information been disclosed.

And such other and further subdivisions as may be applicable after evidence are adducted in this action. Notice letters were provided to all Defendants prior to the filing of this suit.

## VI.
## Declaratory Judgment

Plaintiff realleges as if set forth fully here all allegations in the previous sections of this Original Petition.

Plaintiff seeks a declaration that (1) Plaintiff is a consumer under the DTPA, (2) the airline tickets at issue are goods or services under the DTPA, (3) Defendant included in the amount charged for the tickets at issue amounts that were not "costs levied by the authorities for airport taxes and security fees that are imposed for all passengers, whether they are fare-paying or not," and (4) Defendant's conduct as described herein is intentionally misleading, deceptive, unfair and unconscionable and that the conduct violates the Texas Deceptive Trade Practices Act.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays for judgment against Defendants as follows:

1. For monetary damages in an amount established at trial;
2. For exemplary damages as allowed by law;
3. For all declaratory relief requested above;
4. For supplemental relief necessary to effectuate this Court declaration;
5. For attorney fees as allowed by law;
6. For all costs of these proceedings;
7. For all such other and further relief as to the Court may seem just and proper.

Respectfully submitted,

REAUD, MORGAN & QUINN, LLP
801 Laurel Street
Post Office Box 26005
Beaumont, Texas 77720
Telephone: (409) 838-1000
Telecopier: (409) 833-8236

By /s/ Glen W. Morgan
Glen W. Morgan
State Bar No. 14438900
gmorgan@rmqlawfirm.com
John Werner
State Bar No. 00789720
jwerner@rmqlawfirm.com

**Attorneys for Plaintiff**

**PLAINTIFF RESPECTFULLY REQUESTS A TRIAL BY JURY.**

# "Exhibit A"



## Passenger/Itinerary Receipt

Electronic Ticket 220-2366287642



Nonstop you
**Lufthansa**
A STAR ALLIANCE MEMBER

Page/Seite 1

MR. JOHN WERNER
1 OAKLEIGH BLVD
77706 BEAUMONT
US

ETIXNP

Travel data for/**Reisedaten für:**     Werner John G Mr
Booking reference/**Buchungscode:**     2X4C8O
Ticket number/**Ticketnummer:**     220-2366287642

| Flight<br>Flug | Date<br>Datum | from<br>von | to<br>nach | Departure<br>Abflug | Status<br>Status | Class<br>Klasse |
|---|---|---|---|---|---|---|
| UA 160* | 29.June | Munich | Houston George Bush Intercontinental Ap | 09:30 | Confirmed | X |

*operated by/operated by: **UA**

| Baggage Allowance/Freigepäck: **1PC** | Fare Basis/Fare Basis: **XXX030L** |
|---|---|
| Not valid before/Nicht gültig vor: **29JUN16** | Not valid after/Nicht gültig nach: **29JUN16** |

Fare details/**Preisberechnung:**

Fare Calculation/**Tarifberechnung:**     MUC UA HOU0.00NUC0.00END ROE1.000000
Fare/**Tarif:**     USD 0.00
Taxes, Fees and Airline Charges/
**Steuern, Gebühren und Zuschläge:**     USD 177.44YQ USD 5.50YC USD 3.96XA USD 7.00XY USD 45.73OY USD 7.04DE USD 23.47RA
Total/**Total:**     USD 270.14A
Airline Service Fees/
**Airline Service Fees**
Grand Total/**Gesamtbetrag:**

DE: GRENZUEBERSCHREITENDE BEFOERDERUNG VON PERSONEN IM LUFTVERKEHR PAR. 26 (3) USTG

A STAR ALLIANCE MEMBER



**Passenger/Itinerary Receipt**

Electronic Ticket 220-2366287642



Nonstop you
Lufthansa
A STAR ALLIANCE MEMBER

Page/Seite2

**Payment details/Zahlungsinformationen:**

| | |
|---|---|
| Form of Payment/**Bezahlung:** | CC |
| Endorsements/Restrictions/**Zusatzvermerke/Einschränkungen:** | LH MAM AWARD / CHNG OF RES RESTRICTED -BG UA |
| Tour Code/**Tour Code:** | |
| PK number/**PK Nummer:** | |

**Validating data/Ausstellungsdaten:**

| | |
|---|---|
| Issued by/**Ausgestellt durch:** | DEUTSCHE LUFTHANSA AG |
| Issued in Exchange for/**Originaldokument:** | |
| Original Issue/**Original Ticket:** | 2204037441536 |
| Date of issue/**Ausstellungsdatum:** | 10MAR16 |
| Place of issue/**Ausstellungsort:** | TEL AVIV |
| Issuing Agent/**Ausstellendes Büro:** | 37492545 |

**Important Notice/Wichtiger Hinweis:**

For this air travel the Montreal Convention or the Warsaw Convention may be applicable and these Conventions limit the liability of carriers in respect of loss of or damage to baggage and for delay. In the case of death or bodily injury no financial limits apply under the Montreal Convention and for European Community carriers; for damage up to the equivalent of 113.100 Special Drawing Rights (SDR) carriers are liable regardless of negligence.
Carriage on Lufthansa German Airlines is subject to its conditions of carriage, tarif and other conditions.

Diese Flugreise kann dem Montrealer Übereinkommen oder dem Warschauer Abkommen unterliegen, die die Haftung des Luftfrachtführers für Verlust oder Beschädigung von Gepäck und für Verspätungen beschränken. Für Tod und Körperverletzung gelten nach dem Montrealer Übereinkommen und für die Luftfahrtunternehmen der Europäischen Gemeinschaft keine Haftungsgrenzen und entfällt für Schäden bis zu einem 113.100 Sonderziehungsrechte (SZR)entsprechenden Betrag der Einwand fehlenden Verschuldens.
Beförderung mit der Deutschen Lufthansa unterliegt deren Beförderungs-, Tarif- und sonstigen Bedingungen

A STAR ALLIANCE MEMBER



## Passenger/Itinerary Receipt

Electronic Ticket 220-2365561858



Nonstop you

**Lufthansa**

A STAR ALLIANCE MEMBER

Page/Seite

MR. JOHN WERNER
1 OAKLEIGH BLVD
77706 BEAUMONT
US

ETIXNP

Travel data for/**Reisedaten für:**       Werner John G Mr
Booking reference/**Buchungscode:**       ZMVA7R
Ticket number/**Ticketnummer:**           220-2365561858

| Flight / Flug | Date / Datum | from / von | to / nach | Departure / Abflug | Status / Status | Class / Klasse |
|---|---|---|---|---|---|---|
| UA 20* | 12 June | Houston George Bush Intercontinental Ap | Amsterdam | 16:45 | Confirmed | X |

*operated by/operated by: **UA**

| Baggage Allowance/Freigepäck: **1PC** | Fare Basis/Fare Basis: **XXX025W** |
| Not valid before/Nicht gültig vor: **12JUN16** | Not valid after/Nicht gültig nach: **12JUN16** |

Fare details/**Preisberechnung:**

Fare Calculation/**Tarifberechnung:**              HOU UA AMS0.00NUC0.00END ROE1.000000
Fare/**Tarif:**                                    USD 0.00
Taxes, Fees and Airline Charges/
**Steuern, Gebühren und Zuschläge:**              USD 258.00YQ USD 5.60AY
Total/**Total:**                                   USD 263.60A
Airline Service Fees/
**Airline Service Fees**
Grand Total/**Gesamtbetrag:**

DE: GRENZUEBERSCHREITENDE BEFOERDERUNG VON PERSONEN IM LUFTVERKEHR PAR. 26 (3) USTG

A STAR ALLIANCE MEMBER



## Passenger/Itinerary Receipt

Electronic Ticket 220-2365561858

A STAR ALLIANCE MEMBER

Page/Seite 2

**Payment details/Zahlungsinformationen:**

| | |
|---|---|
| Form of Payment/**Bezahlung:** | CC |
| Endorsements/Restrictions/**Zusatzvermerke/Einschränkungen:** | LH MAM AWARD / CHNG OF RES RESTRICTED -BG UA |
| Tour Code/**Tour Code:** | |
| PK number/**PK Nummer:** | |

**Validating data/Ausstellungsdaten:**

| | |
|---|---|
| Issued by/**Ausgestellt durch:** | DEUTSCHE LUFTHANSA AG |
| Issued in Exchange for/**Originaldokument:** | |
| Original Issue/**Original Ticket:** | 2204037314136 |
| Date of Issue/**Ausstellungsdatum:** | 15FEB16 |
| Place of Issue/**Austellungsort:** | NEW YORK |
| Issuing Agent/**Ausstellendes Büro:** | 33994461 |

**Important Notice/Wichtiger Hinweis:**

For this air travel the Montreal Convention or the Warsaw Convention may be applicable and these Conventions limit the liability of carriers in respect of loss of or damage to baggage and for delay. In the case of death or bodily injury no financial limits apply under the Montreal Convention and for European Community carriers; for damage up to the equivalent of 113.100 Special Drawing Rights (SDR) carriers are liable regardless of negligence. Carriage on Lufthansa German Airlines is subject to its conditions of carriage, tarif and other conditions.

Diese Flugreise kann dem Montrealer Übereinkommen oder dem Warschauer Abkommen unterliegen, die die Haftung des Luftfrachtführers für Verlust oder Beschädigung von Gepäck und für Verspätungen beschränken. Für Tod und Körperverletzung gelten nach dem Montrealer Übereinkommen und für die Luftfahrtunternehmen der Europäischen Gemeinschaft keine Haftungsgrenzen und entfällt für Schäden bis zu einem 113.100 Sonderziehungsrechte (SZR) entsprechenden Betrag der Einwand fehlenden Verschuldens. Beförderung mit der Deutschen Lufthansa unterliegt deren Beförderungs-, Tarif- und sonstigen Bedingungen

A STAR ALLIANCE MEMBER

eTicket Itinerary and Receipt

Page 1 of 4

| Subj: | MileagePlus eTicket Itinerary and Receipt for Confirmation PXC6K7 |
|---|---|
| Date: | 1/20/2016 9:59:20 P.M. Central Standard Time |
| From: | unitedairlines@united.com |
| To: | JOHNW77706@AOL.COM |



Confirmation:
**PXC6K7**
Check-In >

Issue Date: January 21, 2016

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| WERNER/SUZANNEMMS | 0162477850439 | UA-XXXXX807 | 33C/27K |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 12JUN16 | UA20 | XN | HOUSTON, TX (IAH -BUSH INTL) 4:45 PM | AMSTERDAM, NETHERLANDS (AMS) 9:20 AM (13JUN) | 777-200 | Dinner |
| Wed, 29JUN16 | UA160 | XN | MUNICH, GERMANY (MUC) 9:30 AM | HOUSTON, TX (IAH -BUSH INTL) 1:55 PM | 767-300 | Lunch |

**FARE INFORMATION**

| Fare Breakdown | | |
|---|---|---|
| Airfare: | 0.00 USD | |
| September 11th Security Fee: | 5.60 | |
| U.S. Customs User Fee: | 5.50 | |
| U.S. Immigration User Fee: | 7.00 | |
| U.S. APHIS User Fee: | 3.96 | |
| Germany Airport Security Charge: | 7.00 | |
| Germany Air Transportation Tax: | 45.20 | |
| Germany Passenger Service Charge: | 23.20 | |
| Per Person Total: | 97.46 USD | |
| eTicket Total: | 97.46 USD | |

MileagePlus Account Debited: SJ585807

Form of Payment: MASTERCARD
Last Four Digits 6348

MileagePlus Miles Debited/ Award Used: 60000/YC53

The airfare you paid on this itinerary totals: 0.00 USD

The taxes, fees, and surcharges paid total: 97.46 USD

Award Rules:   Additional charges may apply for changes in addition to any fare rules listed.
RWD YC53/NONEND/-TRAN;VALID UA;NOT VALID AFTER 1/20/2017
All changes must be made prior to the departure date, or the ticket has no value.

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 6/12/2016 Houston, TX (IAH -Bush INTL) to Amsterdam, Netherlands (AMS) | 0.00 USD | 100.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |
| 6/29/2016 Munich, Germany (MUC) to Houston, TX (IAH -Bush INTL) | 0.00 USD | 100.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

**Important Information about MileagePlus Earning**

Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program

Saturday, February 13, 2016 AOL: johnw77706



**Miles & More**
⊝ Lufthansa

Lufthansa Miles & More
Phone:  1-800-581-6400
Fax:    +1 661 244 4950

**Reservation code:**
**2X4C8O**

## Travel Information Award Booking

Travel dates for:         WERNER / JOHN G MR
Miles & More-Number:      XXXXXXXXXXX1252

Important Notice: Your Ticket is about to be issued. The Passenger Receipt with ticket number is available here until 30 days after begin of the journey.

| Flight | Date | from | to | Departure | Arrival | Reservation |
|---|---|---|---|---|---|---|
| UA 160 operated by: UNITED AIRLINES | 29 June | MUNICH DE MUNICH INTERNATIONAL<br>TERMINAL: 2 | HOUSTON TX GEORGE BUSH INTERCONT<br>TERMINAL: E | 09:30 h | 13:55 h | ECONOMY (X) confirmed seat: 27L * |
| | Info | Due to stricter security checks for flights to the US it is advisable to be at the airport about 2 hours prior to departure. For further information please refer to the official website of TSA (Transport Security Administration, English only). | | | | |

### Entry conditions US

**General entry conditions USA**
The USA has tightened its entry regulations. Effective immediately, we must transmit to the US authorities before your departure, the details of your country of residence and your first US address during your stay there; otherwise, entry will not be possible. For this reason, please add the relevant data online (APIS). This regulation does not apply to passengers with a permanent US residence permit.

**Regulation for travelling without visa**
Don't forget to register online via ESTA, the Internet-based travel authorization system. It's best to register right now at https://esta.cbp.dhs.gov. For further information, please go to www.cbp.gov/esta
Travellers who have visited Iraq, Iran, Libya, Somalia, the Syrian Arab Republic, Sudan or Yemen since March 1st, 2011, as well as passengers with dual citizenship who are also citizens of the aforementioned states, require a US Visa. All existing ESTA-approvals will be revoked for this group of travellers.

Current entry regulations

### Baggage regulations

The following baggage rules apply per passenger:

**From MUNICH DE to HOUSTON TX:**

| | Weight / Pieces | Dimension (width+height+depth) | Fee |
|---|---|---|---|
| 1st checked bag | up to 50 lbs/23 kg | up to 62 inch/158 cm | free of charge |
| 2nd checked bag | up to 50 lbs/23 kg | up to 62 inch/158 cm | USD 100.00 |

On flights within Europe operated by Austrian Airlines, Lufthansa and SWISS there is no free baggage allowance in the Light fare in Economy Class.

For this journey, the baggage rules of Deutsche Lufthansa AG apply.

Please note: As you are not only flying with Lufthansa on your journey, please also ensure that you find out in good time about the other airlines' exact baggage regulations by looking at their respective websites.

### Flight Information

As the airfare you have chosen may be a special fare, please note that restrictions may apply regarding rebooking and cancellation. If the fare conditions allow for a rebooking or refund, please be advised that charges may apply. In the case of a rebooking, please be aware that, for the new travel dates, you may also need to comply with possible advance booking deadlines, minimum and maximum stays and restrictions on the departure times. Customers who make a reservation through LH.com may cancel their reservation without penalty up to 24 hours after the reservation is made, if the reservation was made seven days or more prior to the flight's departure. Lufthansa will allow customers to hold a reservation made directly with Lufthansa's telephone reservation center without payment for up to 24 hours, if the reservation was made seven days or more prior to the flight's departure. For enquiries regarding the fare conditions applying to your chosen airfare, please contact your local Lufthansa representative.

As your booking is a Miles & More award booking, please take note of the Miles & More general membership terms and conditions as well as the Lufthansa Conditions of Carriage and the Dangerous Goods Regulations.

If the fare conditions allow you to change your booking or claim a refund, appropriate charges will be made for this. Please note that rebooking causes a recalculation of the taxes and fees, which may result in additional charges.

Your Miles & More Service Team will gladly answer any questions you may have about the fare conditions which apply specifically to the airfare you have chosen.

Please keep your booking code to hand at all times in case of queries or changes.

Please check the applicable health and entry requirements.

For information on filing compliments and/or complaints for flights to or from the United States only please visit our Feedback Center, or you may write to us at:
Lufthansa German Airlines
Customer Relations
PO Box 425
East Meadow, New York 11554
Fax: (516) 296-9838

Emergency contact: before you set off on your journey, please leave us details of the person you wish us to contact in the event of an emergency.

---

Thank you for your booking and have a pleasant journey.

Kind regards

Your Miles & More Service Team

Carriage is subject to Lufthansa's Condition of Carriage. Lufthansa German Airlines is not liable for any changes of the transmitted data undertaken by you or a third party. No liability can be accepted for the accuracy of the information included in this document.
Please note that all flight times are local times.
* Seat reservations are not binding and may change due to an unscheduled change of aircraft.

Miles & More is the frequent flyer programme of:

ADRIA    AirDolomiti    Austrian    brussels airlines    CROATIA AIRLINES
LOT Polish Airlines    Lufthansa    Luxair    SWISS

# "EXHIBIT B"

3/10/2016                        Miles & More / (#M6274407)

**From:** service &lt;service@miles-and-more.com&gt;
**To:** johnw77706 &lt;johnw77706@aol.com&gt;
**Subject:** Miles & More / (#M6274407)
**Date:** Wed, Mar 2, 2016 1:54 pm

Dear Mr. Werner,

We received your message regarding the airport taxes and security fees in connection with your Miles & More award reservation ZMVA7R.

The Miles & More award tickets are free of charge. You need only pay the costs levied by the authorities for airport taxes and security fees that are imposed for all passengers, whether they are fare-paying or not. These costs vary widely within each country and between individual airports and routes, for example: domestic, international or intercontinental. For this reason we will charge your Credit Card with the amount of USD 263.60 per ticket. As requested, please find below a breakdown of all individual taxes and fees charged in connection with each ticket:

    Amount Tax Code Definition
    USD 258.00  (YQ)       International Taxes & Carrier Imposed Fee
    USD   5.60  (AY)       U.S. Civil Aviation Security Service Fee

Total: 263.60

If we may provide any further assistance, do not hesitate to contact the Miles & More Customer Service Team dedicated to accommodate all of your frequent flyer needs. The toll free telephone number is 800 581 6400 and the hours are Monday through Friday 8AM until 8PM EST. Please have access to your Personal Identification Number (PIN) when referring to your account.

We hope our response covers all aspects of your inquiry.

Sincerely,
Your Miles & More Service Team

It is not possible to reply direct to this e-mail. Please use the feedback form at www.miles-and-more.com < Help & Contact > for your queries.

www.miles-and-more.com

Sitz der Gesellschaft/Corporate Headquarters:
Miles & More GmbH, Neu-Isenburg
Registereintragung/Registration:
Amtsgericht Offenbach am Main HRB 12211

Vorsitzende des Beirats/
Chair of the Advisory Board:
Simone Menne

Geschäftsführung/Executive Board:
Harald Deprosse
Roland Adrian

Gesellschafter ist die Deutsche Lufthansa AG/
Shareholder is the Deutsche Lufthansa AG

3/10/2016      Booking details, Departure 29-June-2016; 2X4C8O

From: Miles & More <online@booking-lufthansa.com>
To: JOHNW77706 <JOHNW77706@AOL.COM>
Subject: Booking details, Departure 29-June-2016; 2X4C8O
Date: Thu, Mar 10, 2016 9:45 am
Attachments: 20160629_WERNER_2X4C8O.pdf (46K), Form_APIS_USA_2X4C8O.pdf (7K), Notice_Overbooking_of_flights.pdf (1087K), 2X4C8O_Flight_1.ics (574)

If you cannot read this travel information or can only read part of it, please open the attached PDF version. Please do not reply to this e-mail. Direct replies to the sender cannot be processed. To contact Miles & More, please access the Help & Contact section on milesandmore.com. Please note that this is an automatic generated email, please don't reply.

# Miles & More
## ⊖ Lufthansa

**Reservation code: 2X4C8O**

Lufthansa Miles & More
Phone: 1-800-581-6400
Fax: +1 661 244 4950

## Travel Information Award Booking

Travel dates for:    WERNER / JOHN G MR
Miles & More-Number:    XXXXXXXXXXX1252

Important Notice: Your Ticket is about to be issued. The **Passenger Receipt** with ticket number is available here until 30 days after begin of the journey.

| Flight | Date | from | to | Departure | Arrival | Reservation |
|---|---|---|---|---|---|---|
| UA 160 operated by: UNITED AIRLINES | 29 June | MUNICH DE MUNICH INTERNATIONAL TERMINAL: 2 | HOUSTON TX GEORGE BUSH INTERCONT TERMINAL: E | 09:30 h | 13:55 h | ECONOMY (X) confirmed seat: 27L |
| | Info | Due to stricter security checks for flights to the US it is advisable to be at the airport about 2 hours prior to departure. For further information please refer to the official website of TSA (Transport Security Administration, English only). | | | | |

### Entry conditions US

**General entry conditions USA**
The USA has tightened its entry regulations. Effective immediately, we must transmit to the US authorities before your departure, the details of your country of residence and your first US address during your stay there; otherwise, entry will not be possible. For this reason, please add the relevant data online (APIS). This regulation does not apply to passengers with a permanent US residence permit.

**Regulation for travelling without visa**
Don't forget to register online via ESTA, the Internet-based travel authorization system. It's best to register right now at https://esta.cbp.dhs.gov. For further information, please go to www.cbp.gov/esta
Travellers who have visited Iraq, Iran, Libya, Somalia, the Syrian Arab Republic, Sudan or Yemen since March 1st, 2011, as well as passengers with dual citizenship who are also citizens of the aforementioned states, require a US Visa. All existing ESTA-approvals will be revoked for this group of travellers.

Current entry regulations

### Baggage regulations
The following baggage rules apply per passenger:

**From MUNICH DE to HOUSTON TX:**

| | Weight / Pieces | Dimension (width+height+depth) | Fee |
|---|---|---|---|
| 1st checked bag | up to 50 lbs/23 kg | up to 62 inch/158 cm | free of charge |
| 2nd checked bag | up to 50 lbs/23 kg | up to 62 inch/158 cm | USD 100.00 |

3/10/2016  Booking details, Departure 29-June-2016; 2X4C8O

On flights within Europe operated by Austrian Airlines, Lufthansa and SWISS there is no free baggage allowance in the Light fare in Economy Class.

For this journey, the baggage rules of Deutsche Lufthansa AG apply.

Please note: As you are not only flying with Lufthansa on your journey, please also ensure that you find out in good time about the other airlines' exact baggage regulations by looking at their respective websites.

## Flight information

As the airfare you have chosen may be a special fare, please note that restrictions may apply regarding rebooking and cancellation. If the fare conditions allow for a rebooking or refund, please be advised that charges may apply. In the case of a rebooking, please be aware that, for the new travel dates, you may also need to comply with possible advance booking deadlines, minimum and maximum stays and restrictions on the departure times. Customers who make a reservation through LH.com may cancel their reservation without penalty up to 24 hours after the reservation is made, if the reservation was made seven days or more prior to the flight's departure. Lufthansa will allow customers to hold a reservation made directly with Lufthansa's telephone reservation center without payment for up to 24 hours, if the reservation was made seven days or more prior to the flight's departure. For enquiries regarding the fare conditions applying to your chosen airfare, please contact your local Lufthansa representative.

As your booking is a Miles & More award booking, please take note of the Miles & More general membership terms and conditions as well as the Lufthansa Conditions of Carriage and the Dangerous Goods Regulations.

If the fare conditions allow you to change your booking or claim a refund, appropriate charges will be made for this. Please note that rebooking causes a recalculation of the taxes and fees, which may result in additional charges.

Your Miles & More Service Team will gladly answer any questions you may have about the fare conditions which apply specifically to the airfare you have chosen.

Please keep your booking code to hand at all times in case of queries or changes.

Please check the applicable health and entry requirements.

For information on filing compliments and/or complaints for flights to or from the United States only please visit our Feedback-Center, or you may write to us at:
Lufthansa German Airlines
Customer Relations
PO Box 425
East Meadow, New York 11554
Fax: (516) 296-9838

Emergency contact: before you set off on your journey, please leave us details of the person you wish us to contact in the event of an emergency.

## Flight services

Organising your online bookings will become even easier.
You receive your travel information today together with calender dates in the form of icalender files.
These files can be used to automatically transfer your travel information to your electronic organizer. You will find information regarding this subject here.
Important Information!
Please be aware that the data being transferred to your electronic calender could be corrupted by your personal PC preferences and in this case might need manual correction when imported.

Thank you for your booking and have a pleasant journey.

Kind regards

Your Miles & More Service Team

Carriage is subject to Lufthansa's Condition of Carriage. Lufthansa German Airlines is not liable for any changes of the transmitted data undertaken by you or a third party. No liability can be accepted for the accuracy of the information included in this document.
Please note that all flight times are local times.
* Seat reservations are not binding and may change due to an unscheduled change of aircraft.

3/10/2016

Booking details, Departure 29-June-2016; 2X4C8O

ADRIA   AirDolomiti   Austrian   brussels airlines   CROATIA AIRLINES

LOT POLISH AIRLINES   Lufthansa   Luxair   SWISS

Sitz der Gesellschaft/Corporate Headquarters: Miles & More GmbH, Neu-Isenburg
Registereintragung/Registration: Amtsgericht Offenbach am Main HRB 12211
Vorsitzende des Beirats/Chairman of the Advisory Board: Simone Menne
Geschäftsführung/Executive Board: Harald Deprosse, Roland Adrian
Gesellschafter ist die Deutsche Lufthansa AG/Shareholder is the Deutsche Lufthansa AG